UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUAN HUI WU,<br><br>　　Plaintiff,<br><br>vs.<br><br>TIMOTHY S. AIKEN, *et al.*,<br><br>　　Defendants. | Case No.: 14-CV-1062 YGR<br><br>ORDER SETTING COMPLIANCE HEARING |

The Court, having received and reviewed the Petition for Writ of Habeas Corpus in the above action, hereby orders as follows:

No later than **Friday, June 27, 2014**, Petitioner shall file a statement of up to **three pages** apprising the Court as to the status of this case, including, but not limited to: (1) whether Defendants have been served with the instant petition (Dkt. No. 1), (2) whether Petitioner has received an individualized bond hearing pursuant to the 9th Circuit's ruling in *Rodriguez v. Robbins*, 715 F.3d 1127 (9th Cir. 2013), and (3) whether Petitioner intends to prosecute the instant action.

A compliance hearing regarding Petitioner's statement shall be held on **Friday, July 11, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Five (5) business days prior to the date of the compliance hearing, Petitioner shall file either: (a) the statement as set forth above; or (b) a one-page statement setting forth an explanation for his failure to comply. If compliance is complete, the counsel for Petitioner need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Dated: June 6, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE